**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**RICHARD GLENN PRAMANN**                                **CIVIL ACTION**

**VERSUS**                                               **NO. 16-12413**

**JANSSEN PHARMACEUTICALS, INC., ET AL**                 **SECTION "B"(5)**

<u>**ORDER AND REASONS**</u>

Before the Court is "Defendants' Motion for Summary Judgment" (Rec. Doc. 30). Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. No memoranda in opposition to the instant motion, set for submission on **April 26, 2017,** have been submitted. Further, no party has filed a motion to continue the noticed submission date or filed a motion for extension of time within which to oppose the motion. The Plaintiff was advised in this Court's April 6, 2017 order (Rec. Doc. 39) that if he did not file an opposition by April 18, 2017, the Motion for Summary Judgment may be granted as unopposed. Accordingly, the motion is deemed to be unopposed. It appearing to this Court that the motion has merit,

**IT IS ORDERED** that the motion for summary judgment is **GRANTED** and Plaintiff's claims against Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Janssen Research and Development are **DISMISSED WITH PREJUDICE.**

1

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days of this Order. The motion must be accompanied by opposition memoranda to the original motion.

Because such a motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the noticed submission date of the motion for reconsideration.

New Orleans, Louisiana, this 18th day of May, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE